United States District Court
Southern District of Texas
**ENTERED**
October 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RYANT CONNELLY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00187 |
| | § | |
| NUECES COUNTY DISTRICT ATTORNEYS OFFICE, *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff Ryant Connelly filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983 on or about August 5, 2022. (D.E. 1). Plaintiff's complaint and amended complaint alleged conclusory facts and did not assert claims that rose to the level of a violation of his constitutional rights. Therefore, on August 15, 2022, Plaintiff was ordered to submit a More Definite Statement of the facts involved in this action by filing a written response on or before September 15, 2022. (D.E. 8). Plaintiff was cautioned that his complaint was currently deficient and the failure to comply with the Order for More Definite Statement may result in the dismissal of this action under Rule 41 of the Federal Rules of Civil Procedure without further notice. (D.E. 8, Page 4).

On September 13, 2022, Plaintiff was given an extension until October 4, 2022 to comply with the Order for More Definite Statement. (D.E. 27). To date, Plaintiff has failed to comply. Therefore, it is respectfully recommended that Petitioner's case be

**DISMISSED** pursuant to Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the inherent authority to *sua sponte* dismiss a cause of action for failure to prosecute or failure to comply with any court order).

Respectfully submitted on October 13, 2022.

_____
Jason B. Libby
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) (en banc).