United States District Court
Southern District of Texas
**ENTERED**
January 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RYANT CONNELLY, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 2:22-CV-00187 |
| NUECES COUNTY DISTRICT ATTORNEYS OFFICE, *et al.*, | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Memorandum and Recommendation (D.E. 34), the Court enters final judgment dismissing this action without prejudice.

ORDERED on January 31, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE